UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **GERARDO FIDEL ZEVALLOS RAMOS,** §<br>A# 204 452 110, §<br> §<br>Petitioner, §<br> §<br>v. §<br> §<br>**SECRETARY OF THE DEPARTMENT** §<br>**OF HOMELAND SECURITY;** §<br>**DIRECTOR, ICE Enforcement & Removal** §<br>**Operations; WARDEN, South Texas ICE** §<br>**Processing Center; and ANY OTHER** §<br>**OFFICIAL HAVING CUSTODY OVER** §<br>**MY PERSON,** §<br> §<br>Respondents. § | SA-25-CV-01524-JKP |

**ORDER**

Before the Court is *pro se* Petitioner Gerardo Fidel Zevallos Ramos's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. (ECF No. 1). Zevallos Ramos neither paid the $5.00 filing fee nor filed an application to proceed *in forma pauperis* ("IFP").

It is therefore **ORDERED** that **within thirty (30) days of the filing of this Order**, Zevallos Ramos must submit to this Court either the required filing fee of $5.00 or a completed application to proceed IFP. **If Zevallos Ramos submits an IFP application, it must include a current institutional trust fund account statement showing deposits and balances to his institutional account for the previous six months.**

The Clerk of the Court is directed to forward to Zevallos Ramos this Court's standard IFP application.

If Zevallos Ramos fails to comply with this Order, his Petition may be dismissed without further notice by this Court for want or prosecution and failure to comply with this Court's Order. *See* FED. R. CIV. P. 41(b).

It is so **ORDERED**.

SIGNED this 20th day of November, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE