UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GERARDO FIDEL ZEVALLOS RAMOS,<br>A# 204 452 110,<br><br>　　　　　Petitioner,<br><br>v.<br><br>SECRETARY OF THE DEPARTMENT<br>OF HOMELAND SECURITY;<br>DIRECTOR, DIRECTOR, ICE<br>Enforcement & Removal Operations;<br>WARDEN, South Texas ICE Processing<br>Center; and ANY OTHER OFFICIAL<br>HAVING CUSTODY OVER MY PERSON,<br><br>　　　　　Respondents. | §<br>§<br>§<br>§<br>§<br>§　　SA-25-CV-01524-JKP<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**SERVICE ORDER**

Before the Court is *pro se* Petitioner Gerardo Fidel Zevallos Ramos's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. (ECF No. 1). Zevallos Ramos paid the required filing fee. (ECF No. 4). Zevallos Ramos's Petition and records from the United States Immigration and Customs Enforcement website show Zevallos Ramos is currently confined in the South Texas ICE Processing Center in Pearsall, Texas. (*Id.*); *see* [search](#) (last visited Dec. 8, 2025). Upon review of Zevallos Ramos's Petition, the Court finds Respondents should be served, and upon service, Respondents are ordered to file a responsive pleading.

**IT IS THEREFORE ORDERED** that:

1. The Clerk of Court shall furnish the Office of the United States Attorney in San Antonio, Texas with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Service Order, and that such delivery by certified mail, return receipt

requested, to Stephanie Rico,[1] the Civil Process Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216, *see* FED. R. CIV. P. 4(i), will constitute sufficient service of process on Respondents Secretary of the Department of Homeland Security; Director, ICE Enforcement & Removal Operations; and "Any Other Official Having Custody Over My Person"; and

2. The Clerk of Court shall serve Respondent Warden, South Texas ICE Processing Center, 566 Veterans Drive, Pearsall, Texas 78061, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Service Order, and such delivery by certified mail, return receipt requested, will constitute sufficient service of process.

**IT IS FURTHER ORDERED** that Respondents shall file an answer or response to the Petition for Writ of Habeas Corpus on or before sixty (60) days from the date of service.

**IT IS FURTHER ORDERED** that Zevallos Ramos shall file a reply to any answer or response filed by Respondents on or before thirty (30) days after any answer or response is filed.

It is so **ORDERED**.

SIGNED this 8th day of December, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE

---

[1] *See* Amended-Designation-of-Agents-for-Service-of-Process-1.pdf (last visited Dec. 8, 2025) (designating Stephanie Rico as Civil Process Clerk for purpose of accepting service of summons and complaint by certified mail, return receipt requested, on behalf of United States Attorney, Western District of Texas).