UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **GERARDO FIDEL ZEVALLOS RAMOS,** A# 204 452 110, § § § **Petitioner,** § § v. § **SA-25-CV-01524-JKP** § **SECRETARY OF THE DEPARTMENT** § **OF HOMELAND SECURITY;** § **DIRECTOR, ICE Enforcement & Removal** § **Operations; WARDEN, South Texas ICE** § **Processing Center; and ANY OTHER** § **OFFICIAL HAVING CUSTODY OVER** § **MY PERSON,** § § **Respondents.** § | |

**ORDER**

Before the Court is a motion is entitled "Emergency Motion to Enforce 28 U.S.C. § 2243, Shorten Response Time, and for Expedited Judicial Review and Immediate Custody Determination" in this 28 U.S.C. § 2241 matter. (ECF No. 7). Upon review, the motion is **DENIED**. (*Id.*).

The motion seeks to shorten Respondents' time to respond to the § 2241 Petition filed by Petitioner Gerardo Fidel Zevallos Ramos and expedite review. (*Id.*); *see* 28 U.S.C. § 2243. However, the motion is not signed by Zevallos Ramos—there is a typewritten name without an actual signature. (*Id.*). It appears the motion was prepared and filed by a relative of Zevallos Ramos—the return address on the envelope shows it was mailed by "Maribel Zevallos" from Garland, Texas—but Zevallos Ramos is currently detained in the South Texas ICE Processing Center in Pearsall, Texas. (ECF No. 1). Based on the return address and the lack of Zevallos Ramos's signature, it appears "Maribel Zevallos" is attempting to act on behalf of Petitioner. (ECF No. 7). It also appears "Maribel Zevallos" is not an attorney licensed to practice law in Texas

as a search of the State Bar of Texas website returned no results for an attorney with that name. *See* [State Bar of Texas | Find A Lawyer](#) (last visited Dec. 16, 2025).

Section 1654 of Title 28 of the United States Code provides a party in federal court may either represent themselves or be represented by counsel; a party may not be represented by a non–attorney, even a relative. *See* 28 U.S.C. § 1654; *Raskin on Behalf of JD v. Dallas Indep. Sch. Dist.*, 69 F.4th 280, 283 (5th Cir. 2023). Thus, Zevallos Ramos may not be represented by "Maribel Zeballos," and she may not file motions or other pleadings on behalf of Zevallos Ramos. *See* 28 U.S.C. § 1654; *Raskin*, 69 F.4th at 283.

**IT IS THEREFORE ORDERED** that the "Emergency Motion to Enforce 28 U.S.C. § 2243, Shorten Response Time, and for Expedited Judicial Review and Immediate Custody Determination" (ECF No. 7) is **DENIED**.

It is so **ORDERED**.

SIGNED this 17th day of December, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE

2